# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  14-cv-01835-REB-MJW

SHELLY GOMEZ,

    Plaintiff,

v.

GTF SERVICES LLC, a Colorado limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on plaintiff's **Notice of Dismissal Without Prejudice** [#13],[1] filed August 31, 2015.  After careful review of the notice and the file, I conclude that the notice should be approved and that this case should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Dismissal Without Prejudice** [#13], filed August 31, 2015, is approved;

    2.  That the **Report & Recommendation on June 17, 2015 Minute Order (Docket No. 11)** [#12] filed August 14, 2015, respectfully, is rejected as moot; and

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That this action is dismissed without prejudice with the parties to pay their own attorneys fees and costs.

Dated August 31, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge